**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(KANSAS CITY DOCKET)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.** 12-20039-01/11-CM-JPO |
| | ) |
| **RAMON CHAVEZ, SR.,** | ) |
| **DOUGLAS CHAVEZ,** | ) |
| **TAMMIE S. CHAVEZ,** | ) |
| **ALEJANDRO GUZMAN-CAMPOS,** | ) |
| **a/k/a ALEJANDRO ARROYO-CAMPOS,** | ) |
| **CARLOS CIFUENTES,** | ) |
| **OSBALDO GARCIA-GARCIA,** | ) |
| **ADAM HOWARD,** | ) |
| **ASHLEY MOONEY,** | ) |
| **JORDAN VEAL,** | ) |
| **JOSE VALASCO-VEYRO,** | ) |
| **and** | ) |
| **HOMERO ROCHA.** | ) |
| | ) |
| **Defendants.** | ) |

## SEALED INDICTMENT

The Grand Jury charges that:

### A. Introduction

At all times relevant to the charges in this Indictment,

The defendants, Ramon Chavez, Sr., Douglas Chavez, Tammie S. Chavez, Carlos Cifuentes, Osbaldo Garcia-Garcia, Adam Howard, Ashley Mooney, Jordan Veal, Jose Valasco-Veyro and Homero Rocha, all resided in the State of Kansas. Ramon Chavez, Sr. and Tammie S. Chavez are divorced and Douglas Chavez is their adult son. Ramon Chavez, Sr. has a business in his name through the State of Kansas which he operates

from his residence at 129 S.E. 24ᵗʰ Street, Newton, Kansas and he reports a minimal amount of income from each year from what he describes to be "sales."

It is unlawful under Federal law for anyone to engage in the business of dealing in firearms unless the individual/business is licensed through the Attorney General, with the Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as ATF) branch of the Department of Justice, as his designated regulatory agency. Throughout the United States, including Kansas and Missouri, there are individuals/businesses who are Federal firearm licensed dealers (hereinafter referred to as FFLs) that sell firearms and firearm related items to the general public. These FFLs vary from an individual who operates as an FFL out of his residence to a large-scale commercial establishment. There are strict requirements for FFLs to maintain records related to the purchase and/or sale of firearms to the public. None of the defendants are FFLs.

The proper procedure for the lawful purchase of a firearm is as follows:

a.   The individual selects firearm(s) to purchase, produces a valid photo identification and provides payment for the firearm(s).

b.   The individual must complete and fill out an Alcohol, Tobacco and Firearms Transaction Record 4473 Form. The individual provides personal information including name, residence address, place of birth, height, weight, sex, birth date, social security number, race, state of residence, and country of citizenship. There are also a series of questions that the buyer is required to answer, which includes the following:

> "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."

c.   It is unlawful for certain individuals to possess or purchase firearms and/or ammunition, which include individuals who have been convicted of a felony crime, who are an "unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance" or are an alien **illegally** in the United States.

d.   The purchaser acknowledges and certifies that all answers on the form are true and correct.  The purchaser indicates if they are in fact not the actual buyer of the firearm, it is a crime punishable as a felony.  The purchaser indicates they understand making any false oral or written statement pertaining to the firearm purchase is a crime punishable as a felony and that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of the law.

e.   Once the purchaser completes the paperwork, the FFL makes a National Instant Criminal Background Check System (hereinafter referred to as NICS) inquiry through the Federal Bureau of Investigation.  This inquiry identifies whether the purchaser is prohibited based upon their criminal history from purchasing a firearm.

f.   The NICS inquiry notifies the FFL immediately whether the purchaser has passed the background check.  If the purchaser passes the NICS check, the FFL is advised that the transaction can "proceed."   The NICS check may also notify the FFL that the transaction is "denied" or that it will be "delayed," in either event the transaction would not proceed.

g.   Once the purchaser has passed the NICS check, the transaction is completed and the firearm(s) are then given to the purchaser.

There are companies throughout the United States who promote and host trade and gun shows at various venues throughout the United States, which are open to the general

public.  At the gun shows, firearms and ammunition are available for purchase from FFLs. For an individual (other than a licensed importer, licensed manufacturer, licensed dealer and licensed collector) to make an immediate purchase of the firearm(s) at the gun shows, they are required to conduct the transaction in the state in which they reside.  If the purchaser (other than a licensed importer, licensed manufacturer, licensed dealer and licensed collector) resides in another state, the FFL is required to transfer the firearm(s) to an FFL located and doing business within the state of the purchaser's residence, who will then complete the transaction with the purchaser and effectuate the physical transfer of the firearm to the purchaser within the state where the purchaser resides.

Individuals are also allowed to sell firearms from their private collection at the trade and gun shows; however, they are prohibited under Federal law from engaging in a firearm business without a license.  Individuals are under the same legal requirements as an FFL as it relates to buying and/or selling firearms outside their state of residence or to an individual who is purchasing a firearm outside their state of residence.  It is a violation of Federal law to travel from one state to another state for the purpose of engaging in a firearms business without a license.

Bank of America is a financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation.

## B.  COUNT 1

Beginning on or about August 27, 2005, and continuing to on or about April 16, 2012, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**

4

**DOUGLAS CHAVEZ,**
**TAMMIE S. CHAVEZ,**
**ALEJANDRO GUZMAN-CAMPOS,**
**a/k/a ALEJANDRO ARROYO-CAMPOS,**
**CARLOS CIFUENTES,**
**OSBALDO GARCIA-GARCIA,**
**ADAM HOWARD,**
**ASHLEY MOONEY,**
**JORDAN VEAL,**
**JOSE VALASCO-VEYRO,**
**and**
**HOMERO ROCHA,**

unlawfully, knowingly and intentionally conspired and agreed together and with each other and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States:

a. export and send from the United States, and attempt to export and send from the United States, any merchandise, article, and object contrary to any law and regulation of the United States, that is, firearms, and receives, conceals, buys, sells, and in any manner facilitates the transportation, concealment and sale of such merchandise, article and object, prior to exportation, knowing the same to be intended for exportation contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2;

b. in connection with the acquisition of firearms, from a licensed firearms dealer, knowingly made false and fictitious oral and written statement to the licensed firearms dealer, that is, falsely representing the identity of the actual buyer of the firearms, which statements were likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale or acquisition of the said firearms, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2;

5

c.  willfully engaged in the business of dealing in firearms while not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

d.  unlawfully and knowingly engage in the illegal transportation and receipt of firearms in their state of residency, that is the State of Kansas, with the firearms having been purchased and acquired outside their state of residency, that is in the State of Missouri and the State of Oklahoma, in violation of Title 18, United States Code, Sections 922(a)(3), 924(a)(1)(D) and 2;

e.  willfully transfer, sell, trade, transport and deliver firearms while not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, to persons not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, transportation and delivery of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D) and 2; and,

f.  unlawfully and with intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 922(a)(1)(A), travels from any State into any other State and acquires, and attempts to acquire, a firearm in such other State. in furtherance of such purpose, in violation of Title 18, United States Code, Section 924(n) and 2.

### a.  Manner and Means

It was part of the conspiracy and in furtherance of it that Ramon Chavez, Sr. and

Carlos Cifuentes recruited Adam Howard, Ashley Mooney and Jordan Veal to pose as the true purchasers of firearms, to provide funds for the "straw purchase" of the firearms, and to provide additional compensation for completing the fraudulent transactions. It was necessary to recruit the "straw purchasers" because Ramon Chavez, Sr. and Carlos Cifuentes did not want the firearms associated with them because they would in turn resell the firearms to other individuals, including Drug Trafficking Organizations and illegal aliens, who would then sometimes smuggle the firearms to other countries including Guatemala, Nicaragua and Mexico.

It was part of the conspiracy and in furtherance of it that Ramon Chavez, Sr., Douglas Chavez and Tammie S. Chavez, were engaged in a firearms business without a license and that they would sell firearms to out-of-state unlicensed persons and that they would travel from Kansas to other states for the purpose of both purchasing/acquiring firearms and selling firearms, some of which they bought for/sold to Osbaldo Garcia-Garcia and Jose Valasco-Veyro.

### b.  Overt Acts

The Grand Jury further charges that in furtherance of this conspiracy and to effect and accomplish the objects of it, the following overt acts were committed in the District of Kansas:

1.  On or about August 27, 2005, Adam Howard purchased a Beretta pistol, Model 92FS, serial number Y2K-1596, from Cabela's, located in Kansas City, Kansas, and provided the firearm to Carlos Cifuentes.

2.  On or about September 15, 2007, Adam Howard purchased a 9mm Glock pistol, Model 34, serial number FGP539, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole,

located in Overland Park, Kansas, and provided the firearm to Carlos Cifuentes.  This firearm was recovered on or about September 23, 2008, in Guatemala.

3.  On or about October 16, 2007, Adam Howard purchased a 9mm Glock pistol, Model 34, serial number LFM953 and a .40 caliber Glock pistol, Model 35, serial number KTC497, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearms to Carlos Cifuentes.  The 9mm Glock pistol was recovered in Guatemala on or about January 1, 2008.

4.  On or about November 15, 2007, Adam Howard purchased two Browning pistols, Model Hi Power, serial numbers 245PN58657 and 245PR44689, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearms to Carlos Cifuentes.

5.  On or about December 22, 2007, Adam Howard purchased a .25 caliber Cobra pistol, Model C25, serial number 030082; a 9mm Glock pistol, Model 17, serial number AGA025US; a .44 caliber Ruger pistol, Model Super Blackhawk, serial number 88-25420; and a 9mm Beretta pistol, Model 92, serial number H29301Z, from Harrison Street Pawn, Inc., located in Olathe, Kansas, and provided the firearms to Carlos Cifuentes.  The 9mm Glock pistol was recovered on or about August 26, 2008, in Guatemala.

6.  On or about January 26, 2008, Adam Howard purchased a .40 caliber Glock pistol, Model 22, serial number BWS161US, from S & S Gun Works, located in Norton, Kansas, and provided the firearm to Carlos Cifuentes.  This firearm was recovered on or about April 21, 2008, in Guatemala

7.  On or about February 9, 2008, Adam Howard purchased a 9mm Glock pistol, Model 26, serial number BYT553 and a .22 caliber Cobra, Model CLB22, serial number

CT032283, from  Harrison Street Pawn, Inc., located in Olathe, Kansas, and provided the firearms to Carlos Cifuentes.

8.  On or about February 9, 2008, Adam Howard purchased a 10mm Glock pistol, serial number KTC359, from Olathe Gun Shop, located in Olathe, Kansas, and provided the firearm to Carlos Cifuentes.  This firearm was located on or about December 3, 2008, in Guatemala.

9.  On or about February 16, 2008, Adam Howard purchased a .40 caliber Glock pistol, Model 35, serial number LLS823, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearm to Carlos Cifuentes.

10.  On or about April 9, 2008, Adam Howard purchased a 9mm Beretta pistol, Model 92, serial number D26737Z, and a .40 caliber Glock pistol, Model 35, serial number LFN778, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearms to Carlos Cifuentes.

11.  On or about August 23, 2008, Adam Howard purchased a 5.7mm F.N. pistol, Model Five-Seven, serial number 386153890, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearm to Carlos Cifuentes.

12.  On or about September 6, 2008, Adam Howard purchased a .45 caliber Colt pistol, Model Gold Cup, serial number SN26168, and a .40 caliber Beretta pistol, Model 96, serial number BER397677, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearms to Carlos Cifuentes.  The .40 caliber pistol was recovered on or about November 18, 2008, in Guatemala.

13.  On or about October 4, 2008, Adam Howard purchased a .40 caliber Beretta

pistol, Model 96, serial number A19262M, and a 9mm Beretta pistol, Model 92, serial number C22809Z, from Malone Enterprises, Inc., located in Olathe, Kansas, and provided the firearms to Carlos Cifuentes.

14.  On or about October 5, 2008, Adam Howard purchased a 5.7mm F.N. pistol, Model Five-Seven, serial number 386137651, from Cabela's, located in Kansas City, Kansas, and provided the firearm to Carlos Cifuentes.

15.  On or about November 21, 2008, Adam Howard purchased a 5.7mm F.N. pistol, Model Five-Seven, serial number 386175995, from Bass Pro Shop, located in Olathe, Kansas, and provided the firearm to Carlos Cifuentes.  This firearm was subsequently recovered in Guatemala.

16.  On or about November 21, 2008, Ashley Mooney traveled from Kansas and purchased a 5.7mm F.N. pistol, Model Five-Seven, serial number 386175977, from Bass Pro Shop, located in Independence, Missouri, and provided the firearm to Ramon Chavez, Sr., in Kansas.  This firearm was recovered on December 22, 2008, in Guatemala.

17.  On or about December 20, 2008, Adam Howard purchased a .38 caliber Colt pistol, Model Government, serial number ELCEN4934, from Eagle Bluff Guns, located in Dodge City, Kansas, and provided the firearm to Carlos Cifuentes.  This firearm was recovered on or about March 1, 2009, in Guatemala.

18.  On or about December 21, 2008, Adam Howard purchased a .45 caliber Colt pistol, Model Gold Cup, serial number SN15406E, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearm to Carlos Cifuentes.

19.  On or about January 10, 2009, Adam Howard purchased a 9mm Glock pistol,

Model 17L, serial number LVP653, from Shawnee Gun Shop, Inc. d/b/a The Bullet Hole, located in Overland Park, Kansas, and provided the firearm to Carlos Cifuentes. This firearm was recovered on or about June 1, 2009, in Guatemala.

20.  On or about January 16, 2009, Adam Howard purchased a  5.7mm F.N. pistol, Model Five-Seven, serial number 386178220, from Cabela's, located in Kansas City, Kansas, and provided the firearm to Ramon Chavez, Sr.

21.  On or about January 16, 2009, Jordan Veal purchased a  5.7mm F.N. pistol, Model Five-Seven, serial number 386174938, from Cabela's, located in Kansas City, Kansas, and provided the firearm to Ramon Chavez, Sr.  This firearm was recovered on or about March 30, 2009, in Nicaragua.

22.  On or about January 17, 2009, Ashley Mooney traveled from Kansas and purchased a 5.7mm F.N. pistol, Model Five-Seven, serial number 386147698, from Arms Mart, Inc., located in Independence, Missouri, and provided the firearm to Ramon Chavez, Sr., in Kansas.

23.  Between on or about June 12, 2010 and on or about August 19, 2010, Ramon Chavez, Sr. purchased a .223 caliber Rock River Arms rifle, Model LAR-15, serial number KT1101392, from an individual at a gun show in Hutchinson, Kansas, and transferred it later to an unknown individual.

24.  On or about March 12, 2011, Ramon Chavez, Sr. purchased a .380 caliber Beretta pistol, serial number B84686Y, from an individual at a gun show in Topeka, Kansas, which was later transported by Ramon Chavez, Sr., Douglas Chavez and Tammie S. Chavez to Tulsa, Oklahoma, on or about April 1, 2011, where it was transferred to Alejandro Guzman Campos, a/k/a Alejandro Arroyo-Campos.

25. On or about March 25, 2011, Ramon Chavez, Sr. and Douglas Chavez traveled from Kansas to a gun show at the KCI Expo Center, in Kansas City, Missouri, for the purpose of acquiring firearms, which were later transported back to Kansas, including a .22 caliber Ruger pistol, Model Mark I, serial number 16-08985, which was later transported by Ramon Chavez, Sr., Douglas Chavez and Tammie S. Chavez to Tulsa, Oklahoma, on or about April 1, 2011, where it was transferred to Alejandro Guzman-Campos, a/k/a Alejandro Arroyo-Campos.

26. On or about April 1, 2011, Ramon Chavez, Sr., Douglas Chavez and Tammie S. Chavez traveled from Kansas to the Tulsa Arms Gun Show in Tulsa, Oklahoma, for the purpose of selling and acquiring firearms.

27. On or about August 19, 2011, Ramon Chavez, Sr., Douglas Chavez and Tammie S. Chavez traveled from Kansas to the Grand National Gun Show in Tulsa, Oklahoma, for the purpose of acquiring firearms and selling firearms, several of which were owned by Jose Valasco-Veyro.

28. On or about August 28, 2011, Ramon Chavez, Sr., unlawfully sold a firearm to Homero Rocha, who is an illegal alien, at a gun show at the Overland Park Convention Center, Overland Park, Kansas.

29. On or about September 17, 2011, Ramon Chavez, Sr., Douglas Chavez and Jose Valasco-Veyro unlawfully sold a 9mm Fratelli Tangoflio pistol, Model TZ75-Government Model, serial number H26513, to an individual, who was a Missouri resident, at a gun show held at the Cessna Employees Activity Center, in Wichita, Kansas.

30. On or about October 1, 2011, Ramon Chavez, Sr. unlawfully sold a .380 caliber Petro Beretta pistol, Model 84FS Cheetah, serial number H27128Y, to an individual who

was a Missouri resident, at a gun show held at the Overland Park International Trade Center, in Overland Park, Kansas.

31.  On or about October 5, 2011, Ramon Chavez, Sr. unlawfully sold a .223 caliber Superior Arms, Inc. rifle, Model S15, serial number 18455; a .223 caliber Rocker River Arms, Inc. rifle, Model LAR15, serial number CM 28089; a 9mm HS Products (IM Metal) pistol, Model XD9, serial number US974347; and, a .22 caliber Walther pistol, Model P22, serial number L359069, to an individual who was a Missouri resident, at the Flying J Truck Stop in Emporia, Kansas.

32.  On or about October 20, 2011, Ramon Chavez, Sr. unlawfully sold a .223 caliber Norinco rifle, Model MAK90, serial number 901097; a 7.62 x 39mm Norinco rifle, Model SKS, serial number 9211845; a 6.35 caliber Armi Galesi pistol, Model 503, serial number 466389; a 6.35 caliber Armi Galesi pistol, Model 503, serial number 326213; and a .556 caliber Plum Crazy Firearms rifle, Model C15, serial number RM11109; to an individual who was a Missouri resident, at the Flying J Truck Stop in Emporia, Kansas.

33.  On or about November 3, 2011, Ramon Chavez, Sr. unlawfully sold a .308 caliber Cetme rifle, Sporter Model, serial number C62595; a 9mm HS Products (IM Metal) pistol, Model XDM, serial number MG977340; a 9mm Glock pistol, Model 17, serial number KVK908; a .380 caliber Beretta pistol, Model 84FS, serial number H29659Y; a .40 caliber Smith & Wesson pistol, Model 4006, serial number TVC7140; and, a .380 caliber Bersa pistol, Model 383, serial number 270325; to an individual who was a Missouri resident, in the Taco Bell parking lot in Emporia, Kansas.

34.  On or about November 30, 2011, Ramon Chavez, Sr. and Douglas Chavez unlawfully sold a 9mm Beretta pistol, Model 92F, serial number BER394193; a .223 caliber

DPMS rifle, Model A15, serial number 19040; a 7.62 x 39mm DC Industries rifle, Model M70AB2, serial number M70AB02545; a 9mm Glock pistol, Model 17, serial number PFF193; and a .223 caliber DPMS rifle, Model A15, serial number F208216; to an individual who was a Missouri resident, at Douglas Chavez's residence in Newton, Kansas.

35.   On or about December 3, 2011, Ramon Chavez, Sr. unlawfully sold a .380 caliber Beretta pistol, Model 84BB, serial number D24892Y; a 9mm Browning pistol, Model BDM, serial number 945NT53349; and, a 9mm Beretta pistol, Model 92FS, serial number BER336119; to an individual who was a Missouri resident, at a gun show held at the Overland Park International Trade Center, in Overland Park, Kansas.

36.   The Grand Jury incorporates all of the allegations contained in Counts 2 through 13 of this Indictment as additional overt acts as though fully set forth at this point.

All in violation of Title 18, United States Code, Section 371 and Section 2.

## COUNT 2

Beginning on or about August 27, 2005, and continuing to on or about April 16, 2012, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ,**
**TAMMIE S. CHAVEZ**
**and**
**OSBALDO GARCIA-GARCIA,**

unlawfully, knowingly and intentionally conspired and agreed together and with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957, to

14

wit: to knowingly conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and 922(a)(1)(A), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, all in violation of Title 18, United States Code, Sections 1956(h), (a)(1)(B)(i) and 2.

## COUNT 3

On or about February 2, 2010, in the District of Kansas, the defendant,

**CARLOS CIFUENTES,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about April 1, 2011, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ,**
**and**
**TAMMIE S. CHAVEZ,**

unlawfully and with intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 922(a)(1)(A), traveled from the State of Kansas into the State of Oklahoma and acquired, and attempted to acquire, a firearm in such other State in

furtherance of such purpose, in violation of Title 18, United States Code, Sections 924(n) and 2.

## COUNT 5

On or about April 1, 2011, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ**
**and**
**TAMMIE S. CHAVEZ,**

not being a licensed dealer, importer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## COUNT 6

On or about August 16, 2011, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**and**
**OSBALDO GARCIA-GARCIA,**

did knowingly conduct a financial transaction affecting interstate commerce, to wit, deposited $402.50 into Bank of America account number xxxxxxxx5468, which involved the proceeds of a specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and 922(a)(1)(A), knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the financial

transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 7

Between on or about September 11, 2011 and September 13, 2011, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**and**
**OSBALDO GARCIA-GARCIA,**

not being a licensed dealer, importer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in ammunition, in violation of Title 18, United States Code, Sections 922(a)(1)(B), 923(a), 924(a)(1)(D) and 2.

## COUNT 8

On or about September 15, 2011, in the District of Kansas and elsewhere, the defendant,

**RAMON CHAVEZ, SR.,**

knowingly sold firearms, that is, a 9mm Beretta pistol, Model 92, serial number L70776Z for $800.00; a .380 caliber Taurus pistol, Model PT58, serial number KLB70396 for $450.00; a 9mm Star pistol, Model Firestar (M43), serial number 2122080 for $450.00; and a .38 Super Colt pistol, Government Model, serial number 70S19210 for $1,500.00; to an individual, knowing and having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d), 924(a)(2) and 2.

## COUNT 9

On or about September 17, 2011, in the District of Kansas and elsewhere, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ,**
**and**
**JOSE VALASCO-VEYRO,**

unlawfully and willfully engaged in the business of dealing in firearms while not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, when they sold a 9mm Fratelli Tangoflio pistol, Model TZ75-Government Model, serial number H26513, to an individual, who was a Missouri resident, at a gun show held at the Cessna Employees Activity Center, in Wichita, Kansas, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

## COUNT 10

On or about September 19, 2011, in the District of Kansas and elsewhere, the defendant,

**RAMON CHAVEZ, SR.,**

did knowingly conduct a financial transaction affecting interstate commerce, to wit, by directing a deposit of $200.00 into Bank of America account number xxxxxxxx5468, which involved the proceeds of a specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and 922(a)(1)(A), knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the

financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 11

On or about November 3, 2011, in the District of Kansas and elsewhere, the defendant,

### RAMON CHAVEZ, SR.,

knowingly sold firearms, that is, a .308 caliber Cetme rifle, Sporter Model, serial number C62595; a 9mm HS Products (IM Metal) pistol, Model XDM, serial number MG977340; a 9mm Glock pistol, Model 17, serial number KVK908; a .380 caliber Beretta pistol, Model 84FS, serial number H29659Y; a .40 caliber Smith & Wesson pistol, Model 4006, serial number TVC7140; and, a .380 caliber Bersa pistol, Model 383, serial number 270325; to an individual, knowing and having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d), 924(a)(2) and 2.

## COUNT 12

On or about November 22, 2011, in the District of Kansas and elsewhere, the defendant,

### RAMON CHAVEZ, SR.,

did knowingly conduct a financial transaction affecting interstate commerce, to wit, by directing a deposit of $1,000.00 into Bank of America account number xxxxxxxx5468, which involved the proceeds of a specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and

922(a)(1)(A), knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 13

On or about April 13, 2012, in the District of Kansas, and elsewhere, the defendant,

**RAMON CHAVEZ, SR.,**

did knowingly conduct a financial transaction affecting interstate commerce, to wit, by directing a deposit of $3,000.00 into Bank of America account number xxxxxxxx5468, which involved the proceeds of a specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and 922(a)(1)(A), knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 14

On or about April 16, 2012, in the District of Kansas, and elsewhere, the defendant,

**RAMON CHAVEZ, SR.,**

did knowingly conduct a financial transaction affecting interstate commerce, to wit, by directing a deposit of $1,000.00 into Bank of America account number xxxxxxxx2393,

which involved the proceeds of a specified unlawful activity, that is, a conspiracy to engage in conduct that constitutes a violation of Title 18, United States Code, Section, 924(n) and 922(a)(1)(A), knowing that the transaction was designed in whole and in part to conceal and disguise, the nature and source of the proceeds of said specified unlawful activity and that while conducting such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATION I - FIREARMS VIOLATIONS

1.     The allegations contained in Counts 1 through 14 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of any of the offenses identified in Counts 1, 4, 5, 7-9 and 11, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ,**
**TAMMIE S. CHAVEZ,**
**ALEJANDRO GUZMAN-CAMPOS,**
**a/k/a ALEJANDRO ARROYO-CAMPOS,**
**CARLOS CIFUENTES,**
**OSBALDO GARCIA-GARCIA,**
**ADAM HOWARD,**
**ASHLEY MOONEY,**
**JORDAN VEAL,**
**JOSE VALASCO-VEYRO,**
**and**
**HOMERO ROCHA**,

shall forfeit to the United States of America, pursuant to Title 18, United States Code,

Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any firearm or ammunition used or involved in the commission of the offenses including, but not limited to, the following:

A.  **REAL PROPERTY:** All lots or parcels of land, together with their buildings, appurtenances, improvements, fixtures, attachments and easements, at the addresses listed and described below:

(1)  **129 SE 14th, Newton, Kansas -** Lots Seven (7) and Eight (8), except the East 62 ½ feet of said Lot Eight (8), Block One (1), Randall's Additional to the City of Newton, Harvey County, Kansas. Owners of record–Ramon Chavez Sr. and Rocio L. Chavez, husband and wife.

(2)  **406 W. 10th, Newton, Kansas -** Beginning at a point 125 feet West of the Southeast corner of Block Ninety (90), City of Newton, Harvey County, Kansas; thence North 175 feet; thence West 75 feet; thence South 175 feet; thence East 75 feet to the place of beginning, now described as Lot Two (2) of Mages Subdivision of East 200 feet of South Half (S/2) of Block Ninety (90), Original Town, City of Newton, Harvey County, Kansas. Owners of record–Ramon Chavez Sr. and Christina Chavez.

B.  **PERSONAL PROPERTY:** Conveyances with all attachments thereon:

(1) 2005 Dodge Ram Pickup, VIN: 1D7HA18D75S250494; and,

(2) 2003 Chevrolet Trailblazer, VIN: 1GNDT13S032359456.

**C. FIREARMS AND AMMUNITION:**

(1)  a .380 caliber Taurus pistol, Model PT58, serial number KLB71344;

(2)  a .380 caliber Beretta pistol, Model 84B, serial number B84686Y;

(3)  a .380 caliber Beretta pistol, Model 84F, serial number D98252Y;

(4)  a .22 caliber Ruger pistol, Model Mark II, serial number 222-20701;

(5)  a 9mm Llama pistol, Model Mini Max, serial number 07-04-13107-99;

(6)  a .380 caliber Beretta pistol, Model 84BB, serial number D60118Y;

(7)  a .380 caliber Iver Johnson pistol, Model Pony, serial number US002032;

(8)  a 9mm Beretta pistol, Model 92FS, serial number L53014Z;

(9)  a .22 caliber Ruger pistol, Model Mark I, serial number 239983;

(10)  a .22 caliber Ruger pistol, Model Mark I, serial number 16-08985;

(11)  Thirteen (13) firearm magazines;

(12)  a .22 caliber Ruger rifle, Model 10-22, serial number 247-88717;

(13)  a .22 caliber Ruger rifle, Model 10-22, serial number 129-32739;

(14)  a .22 caliber Ruger rifle, Model 10-22, serial number 240-14550;

(15)  a .22 caliber Ruger rifle, Model 10-22, serial number 352-02949; and,

(16)  a .22 caliber Ruger rifle, Model 10-22, serial number 234-35028.

**D. MONEY JUDGMENT:** A sum of money in the approximate amount of $74,942.00 in United States currency, which represents the amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable.

### FORFEITURE ALLEGATION II - MONEY LAUNDERING OFFENSES

1.    The allegations contained in Counts 1 through 14 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

2.  Upon conviction of any of the offenses identified in Counts 2, 6, 10, and 12-14, the defendants,

**RAMON CHAVEZ, SR.,**
**DOUGLAS CHAVEZ,**
**TAMMIE S. CHAVEZ,**
**and**
**OSBALDO GARCIA-GARCIA,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982 (a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

**A. PERSONAL PROPERTY:**

(1) The contents of Account No. 51800765468, styled as Ramon Garcia and Racio Garcia located at Bank of America; and,

(2) The contents of Account No. 518005042393, styled as Ramon Garcia located at Bank of America.

**SUBSTITUTE ASSETS**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

then it is the intent of the United States, to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to the following:

## A. REAL PROPERTY

All lots or parcels of land, together with their buildings, appurtenances, improvements, fixtures, attachments and easements, at the addresses listed and described below:

**(1) 1320 S. Todd Ct., Wichita, Kansas -** Lot 6, Block 3, PARK MEADOW ESTATES, Sedgwick County, Kansas. Owners of record—Jose Velasco-Veyro and Monica M. Velasco.

**(2) 18941 W. 160th Terr., Olathe, Kansas -** Lot 540, SOUTH HAMPTON, 10TH PLAT, a subdivision in the City of Olathe, Johnson County, KS 66062. Owner of Record—Homero Rocha.

A TRUE BILL.

DATED: April 18, 2012                  *s/ Foreperson*
                                                    FOREPERSON


*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

**PENALTIES:**

**Count 1, 5, 7 & 9:**

- NMT 5 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and,
- Forfeiture Allegation.

**Count 3:**

- NMT 20 years Imprisonment;
- NMT $1,000,000.00 Fine;
- NLT 3 years S.R.; and
- $100 Special Assessment.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment;
- NMT $2,000,000.00 Fine;
- NLT 6 years S.R.; and,
- $100 Special Assessment.

**Counts 2, 4, 8 & 11:**

- NMT 10 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.;
- $100 Special Assessment; and,
- Forfeiture Allegation.

**Counts 6, 10, & 12 - 14:**

- NMT 20 years Imprisonment;
- NMT $500,000.00 Fine or twice the value of the property involved in the transaction, whichever is greater;
- NMT 5 years S.R.; and
- $100 Special Assessment.